UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────X

TRUSTEES OF THE PLUMBERS LOCAL
NO. 1 TRADE EDUCATION FUND, *et al.*,

        Plaintiffs,

  -against-                               **OPINION AND ORDER**
                                                05-CV-3394 (SJF) (RER)

DONALD SCLAFANI,

        Defendant.
───────────────────────────────────────X

TRUSTEES OF THE PLUMBERS LOCAL
NO. 1 TRADE EDUCATION FUND, *et al.*,

        Plaintiffs,

  -against-
                                                05-CV-4985 (SJF) (RER)

JEFFREY RESPLER and PLUMBING
SOLUTIONS, LTD.,

        Defendants.
───────────────────────────────────────X
FEUERSTEIN, J.

      The Court is in receipt of plaintiffs' second motion to consolidate dated May 18, 2007. Pursuant to paragraphs 4(B) & (D) of the Individual Practices of this Court, a movant is directed to file a copy of the cover letter only with the Court, and submit the papers to the Court only after the motion has been fully briefed. Because plaintiffs' motion was submitted prior to

1

becoming fully briefed, it is hereby DENIED WITHOUT PREJUDICE, and plaintiffs are directed to re-file and submit the motion in accordance with this Court's practices.


S/sjf_____
Sandra J. Feuerstein
United States District Judge

Dated: May 21, 2007
       Brooklyn, New York